JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTA A. TORRES, et al.,<br><br>    Defendants. | Case No. CV 18-9424 FMO (SKx)<br><br>**JUDGMENT Re: ATTORNEY'S FEES** |

Pursuant to the Court's Order Re: Attorney's Fees, IT IS ADJUDGED THAT:

1. Defendants Roberta A. Torres and CBC Restaurant Corp. shall, jointly and severally, pay plaintiff the total amount of four-thousand, five-hundred and thirty-nine dollars and fifty cents ($4,539.50).

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 14th day of July, 2020.

/s/
Fernando M. Olguin
United States District Judge