# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO FERNANDEZ, | ) | Case No. CV 18-9424 FMO (SKx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERTA A. TORRES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion to Enforce Settlement, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Defendants Roberta A. Torres and CBC Restaurant Corp. shall, jointly and severally, pay plaintiff the total amount of fifteen thousand dollars ($15,000.00).

2. Plaintiff shall serve defendants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 4th day of April, 2022.

/s/
Fernando M. Olguin
United States District Judge